IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>§<br>Plaintiff/Respondent, §<br>§<br>v. §<br>§<br>MARIANO DIAZ, §<br>TDCJ-CID NO. 96528079, §<br>§<br>Defendant/Petitioner. § | CIVIL ACTION NO. H-12-1867<br>(CRIMINAL NUMBER H-11-130-01) |

**FINAL JUDGMENT**

According to the court's Memorandum Opinion and Order granting the United States' Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

For the reasons stated in the court's Memorandum Opinion and Order and because petitioner has not made a substantial showing of the denial of a constitutional right, Diaz is **DENIED** a certificate of appealability.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 16th day of August, 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　SIM LAKE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE